**Frank B. WILLIAMS,
Plaintiff/Appellant,**

v.

**Julia H. SHANNON,
Defendant/Respondent.**

No. 60128.

Missouri Court of Appeals,
Eastern District,
Division Two.

Aug. 4, 1992.

Rehearing Denied Sept. 14, 1992.

---

Frank B. Williams, pro se.

Jerome Ramey, Wilson, N.C., for defendant/respondent.

PER CURIAM.

In this bench-tried case, plaintiff sought a real estate commission from defendant. The trial court entered judgment for defendant, from which plaintiff appeals.

The judgment of the trial court is supported by substantial evidence and is not against the weight of the evidence. An opinion reciting the detailed facts and restating the principles of law would have no precedential value.

The judgment is affirmed in accordance with Rule 84.16(b).